THIS ORDER IS APPROVED.

Dated: February 08, 2011



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30791

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br> Jerome W. Niwinski and Ida M. Niwinski <br>         Debtors. <br><br> Wells Fargo Bank, N.A. <br>         Movant, <br>   vs. <br><br> Jerome W. Niwinski and Ida M. Niwinski Debtors; Beth Lang, Trustee. <br><br>         Respondents. | No. 4:10-bk-14601-JMM <br><br> Chapter 7 <br><br> O R D E R <br><br> (Related to Docket #22) <br><br> Hearing Date: February 7, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 11, 2005, and recorded in the office of the County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jerome W. Niwinski and Ida M. Niwinski have an interest in, further described as:

    LOT 765 OF RANCHO DEL LAGO, A SUBDIVISION OF PIMA COUNTY, ARIZONA,

ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 57 OF MAPS AND· PLATS AT PAGE 65 THEREOF

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.